UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-02170 |
| | § | |
| $39,759.00 IN U.S. CURRENCY, | § | |
| Defendant in rem. | § | |

## CLAIMANT'S VERIFIED CLAIM AND STATEMENT OF INTEREST

COMES NOW Claimant, MOHAMMED RABIUL ISLAM, in the above numbered cause and files this his Verified Claim and Statement of Interest, and would respectfully show this Honorable Court as follows:

### I.
### RULE G CLAIM

Pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions, Claimant, MOHAMMED RABIUL ISLAM, hereby asserts an interest in the defendant property, $39,759.00 in U.S. currency. This claim relates to:

(A.) The property claimed is that certain $39,759.00 in U.S. currency that was seized on April 8, 2010, in Houston, Texas from Mr. Mohammed Rabiul Islam at the George Bush Intercontinental Airport.

(B.) The Claimant is Mr. Mohammed Rabiul Islam and his interest is that he is the rightful owner of Defendant property, along with his wife Tasmina Jahan.

1

(C.) This Claimant signs this Verified Claim under penalty of perjury.

(D.) This Verified Claim will be served on the designated government attorney under Rule G(4)(a)(ii)(C), Albert Ratliff, Assistant United States Attorney, P.O. Box 61129, Houston, Texas 77208-1129. Service will be by hand delivery, fax, email, Pacer, and certified mail-RRR.

Pursuant to the Notice of Complaint for Forfeiture, an answer or motion under Rule 12 of the Federal Rules of Civil Procedure will be filed no later than 21 days after the filing of this Verified Claim. This is further a notice of legal representation. Please address all further communications to Counsel Michael M. Essmyer at (713) 869-1155 and/or as shown below.

## VERIFICATION UNDER 28 U.S.C. § 1746

"My name is MOHAMMED RABIUL ISLAM, I am of sound mind, over the age of twenty-one (21) years, and I am competent to testify to the matters herein, have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements are true and correct. I have read the aforementioned CLAIMANT'S VERIFIED CLAIM AND STATEMENT OF INTEREST and do declare that I am a claimant, along with my wife Tasmina Jahan, of the $39,759.00 in seized U.S. currency and all the facts contained in the Verified Claim are true and correct."

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2010."

                                                                         _____
                                                                         MOHAMMED RABIUL ISLAM

Respectfully Submitted,

*/s/ Michael M. Essmyer*

Michael M. Essmyer
Federal Bar No. 455
Texas Bar No. 06672400
Essmyer, Tritico & Rainey, L.L.P.
5111 Center Street
Houston, Texas 77007
713-869-1155 Telephone
713-869-8957 Facsimile
messmyer@etrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Claim of Mr. Mohammed Rabiul Islam was delivered to:

Mr. Albert Ratliff
SDTX Bar No. 6764
P.O. Box 61129
Houston, Texas 77208
(713) 567-9579
(713) 718-3300 (Fax)
albert.ratliff@usdoj.gov
**ATTORNEY FOR PLAINTIFF**


on this the 28th day of July, 2010.

>   */s/ Michael M. Essmyer*
>   **Michael M. Essmyer**